UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-59-FtM-38DNF

YOHANY HERNANDEZ-
HERNANDEZ

### **ORDER[1]**

This matter comes before the Court on review of the docket. On May 15, 2015, the Court erred and denied Defendant's Motion to Strike the Government's request for a Stay as premature. Therefore, the Endorsed Order (Doc. #20) entered on May 15, 2015 is vacated. Nevertheless, because it appears that Defendant was released from custody shortly after the detention hearing on May 14, 2015, and prior to the Court having an opportunity to rule on the Motion, the portion of the Government's Notice of Appeal ([Doc. #16](#)), which appears to also incorporate a request for a 10-day stay, is now moot.

Accordingly, it is now

**ORDERED:**

(1) The Court's May 15, 2015 Endorsed Order denying Defendant's Response as premature (Doc. #20) is **VACATED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The Defendant's Motion to Strike the Government's request for a Stay ([Doc. #17](#17)) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this 22nd day of May, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record