UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:15-cr-59-FtM-38MRM

YOHANY HERNANDEZ-HERNANDEZ

_____

**ORDER**

This cause is before the Court following a final pretrial conference held January 19, 2016.  Based upon the arguments presented at the hearing and for the reasons stated on the record, this case is continued until the March 2016 trial term, commencing March 7, 2016.

Another status conference is scheduled for **February 8, 2016** at **9:30 AM** before the undersigned.

**DONE AND ORDERED** at Fort Myers, Florida, this 19th day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record